AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00328 |
| Rebecca Lopez-Antonio | ) Assigned To : Judge Moxila A. Upadhyaya |
|  | ) Assign. Date : 10/17/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Rebecca Lopez-Antonio,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building),
40 U.S.C. § 5104(e)(2)(G)- (Parading, Demonstrating, or Picketing in a Capitol Building)

Date: 10/17/2024

Moxila A. Upadhyaya
Digitally signed by Moxila A. Upadhyaya
Date: 2024.10.17 20:45:48 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/17/2024, and the person was arrested on *(date)* 10/21/2024
at *(city and state)* Tyler, TX.

Date: 10/21/2024

*Arresting officer's signature*

Special Agent Grant Mason
*Printed name and title*